United States Court of Appeals
Fifth Circuit

**F I L E D**

August 6, 2007

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
For the Fifth Circuit

No. 06-61046
Summary Calendar

NANCY CARTER

Plaintiff - Appellant

VERSUS

STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF REHABILITATION
SERVICES; OFFICE OF DISABILITY DETERMINATION SERVICES

Defendants - Appellees

Appeal from the United States District Court
For the Southern District of Mississippi, Jackson
3:03-CV-780

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Essentially for the reasons assigned by the district court in its thorough September 30, 2006 Memorandum and Order, we affirm the district court judgment.

AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.